IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE: | * | |
| KENAE D. GLOVER | * | Case No. 17-11932-JS |
| Debtor(s) | * | (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE WITHDRAWING TRUSTEE'S
REPORT OF NO DISTRIBUTION**

MR. CLERK:

Please withdraw the Trustee's Report of No Distribution, filed March 23, 2017 (Pl. 15).

The Trustee will administer assets in this case.

>  /s/George W. Liebmann
> George W. Liebmann (Fed. Bar No. 01112)
> LIEBMANN & SHIVELY, P.A.
> 8 West Hamilton Street
> Baltimore MD  21201
> (410) 752-5887
> gliebmann@lspa.comcastbiz.net

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March 2017, a copy of the foregoing Line Withdrawing Trustee's Report of No Distribution was served on all parties listed below by first class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that this Motion was electronically mailed to said party:

Sonila Isak, Esq.
*via CM/ECF*

Kenae D. Glover
3803 Parkview Avenue, Apt. D
Baltimore, MD 21207
*via U.S. Mail*

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 W. Lombard Street, Rm. 2625
Baltimore, MD 21201
*via U.S. Mail*

>  /s/George W. Liebmann
> George W. Liebmann